[No. 47414-6-I.   Division One.   April 2, 2001.]

MELODY MORGAN, *Appellant*, v. THE CITY OF EDMONDS, *Defendant*, COMMUNITY TRANSIT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-05743-1, Kenneth L. Cowsert, J., entered April 4, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47651-3-I.   Division One.   April 2, 2001.]

TISHA D. MARTIN, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-24451-6, Larry A. Jordan, J., entered March 24, 2000. *Dismissed* by unpublished opinion per Baker, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 19645-0-II.   Division Two.   March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY WILLIAM BRINKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00771-6, Karen B. Conoley, J., entered June 29, 1995. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.